# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE PAYAN DE SOLIZ,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | Case No. 1:24-cv-00042-JLT-SAB<br><br>ORDER RE STIPULATION FOR PHYSICAL EXAMINATION OF PLAINTIFF<br><br>(ECF Nos. 24, 25) |

On February 20, 2025, the parties filed a stipulation for Guadalupe Payan De Soliz to undergo a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure on March 28, 2025.  Rule 35 provides that "[t]he court where the action is pending may order a party whose mental or physical condition--including blood group--is in controversy to submit to a physical or mental examination by a suitably licensed or certified examiner."  Fed. R. Civ. P. 35(a)(1).

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Guadalupe Payan De Soliz shall appear for a physical examination by Michael Cluck, M.D. on March 28, 2025, at 4:00 p.m. at Valley Spine Care, 1170 W. Olive Avenue #B, Merced, California.

IT IS SO ORDERED.

Dated:   **February 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1